EDWARD SMITH, Respondent, *v.* HENRY SMITH et al., Appellants.

(Argued April 17, 1872; decided April 23, 1872.)

*Wm. H. Van Cott* for the appellant.

*John L. Hill* for the respondent.

Agree to affirm. No opinion.

Judgment affirmed, with costs.